IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KATHERINE HALL,

                                                                                     ORDER

                Plaintiff,

                                                                                15-cv-338-bbc

    v.

BOSTON SCIENTIFIC CORPORATION,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This personal injury suit is scheduled for trial on October 13, 2015. Before the court is defendant Boston Scientific Corporation's motion to limit the trial to four days, divided evenly between the parties. Dkt. #46. Plaintiff Katherine Hall opposes the motion, arguing that the parties agreed to a trial of five to eight days at the preliminary pretrial conference held on July 9, 2015, and that defendant has not offered any reason for the change in its position.

      Although I agree that a reasonable limit on the length of trial is important for many of the reasons cited by defendant in its brief, eight days is not necessarily unreasonable for a trial of this type. Because defendant has not provided a good reason for changing the previously set schedule, I decline to do so. I encourage the parties to reach an agreement with respect to how to divide the trial between them. If they cannot do so, I will resolve the issue at the final pretrial conference on October 1, 2015.

ORDER

IT IS ORDERED that defendant Boston Scientific Corporation's motion to limit the length of trial to four days, dkt. #46, is DENIED.

Entered this 10th day of September, 2015.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge